IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Floyd Jr, George E

Printed: 01/06/09

Case Number:  08 B 20627
Judge: Goldgar, A. Benjamin
Filed:  8/7/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 18, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,955.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,759.97 |
| Trustee Fee: |  | 195.03 |
| Other Funds: |  | 0.00 |
| Totals: | 2,955.00 | 2,955.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,849.00 | 2,759.97 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,152.00 | 0.00 |
| 5. | City Of Chicago | Secured | 1,275.00 | 0.00 |
| 6. | America's Servicing Co | Secured | 66,482.28 | 0.00 |
| 7. | Shaw Industries Inc | Unsecured | 241.51 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 269.85 | 0.00 |
| 9. | GE Money Bank | Unsecured | 198.60 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 141.28 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 21.61 | 0.00 |
| 12. | Mohawk | Unsecured | 1,758.69 | 0.00 |
| 13. | Capital One | Unsecured | 508.60 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 80.53 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 125.37 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 117.20 | 0.00 |
| 17. | Bayview Loan Servicing | Secured |  | No Claim Filed |
| 18. | Wells Fargo Home Mortgage | Secured |  | No Claim Filed |
| 19. | C & D Carpet Distribution | Unsecured |  | No Claim Filed |
| 20. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 21. | Home Depot | Unsecured |  | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 23. | Howard E Gilbert & Assoc | Unsecured |  | No Claim Filed |
| 24. | Sams Club | Unsecured |  | No Claim Filed |
| 25. | Resurgent Capital Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 76,221.52 | $ 2,759.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Floyd Jr, George E | Case Number:  08 B 20627 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/06/09 | Filed:  8/7/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 195.03 |
| | $ 195.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

